MARTIN J. CONDON, Respondent, *v.* NEW ROCHELLE WATER COMPANY, Appellant.

*Condon* v. *New Rochelle Water Co.*, 136 App. Div. 897, affirmed.
(Argued April 6, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from charging plaintiff in excess of a certain rate for water or from interfering with plaintiff's connections with its mains.

*John J. Crennan* and *Edwin T. Rice* for appellant.

*Henry G. K. Heath* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.